G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Blvd, Suite 960
Los Angeles, CA 90028
Telephone: 323.940.1700
Facsimile: 323.328.8095
tom@mblawapc.com
nick@mblawapc.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JERICA PHILLIPS, | Case No.: 2:16-cv-04896-JAK-SK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

NOW COMES Plaintiff, JERICA PHILLIPS ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached an agreement to settle the instant matter in its entirety. The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within thirty

(30) days. Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Date: August 23, 2016                              MARTIN & BONTRAGER, APC

                                                   By:*/s/ Nicholas J. Bontrager*
                                                        Nicholas J. Bontrager
                                                        Attorneys for Plaintiff