**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JERICA PHILLIPS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICA PHILLIPS,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>        Defendant(s). | Case No.: 2:16-cv-04896-JAK-SK<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, JERICA PHILLIPS ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

///

///

///

///

- 1 -

VOLUNTARY DISMISSAL

1
2
3  Dated: September 20, 2016
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**


By: /s/ Nicholas J. Bontrager

   Nicholas J. Bontrager
   *Attorney for Plaintiff*